# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                  :     CASE NO.: 13-70713
                                        :
DALE S. DAVIDSON,                       :
                                        :
DEBTOR.                                 :     CHAPTER 7

## OBJECTION TO PROOF OF CLAIM

Debtor, DALE S. DAVIDSON, objects to Proof of Claim Number Two, filed by Dana Ford in the amount of $2,300,000.00 and assigns the following reasons:

1. The claim is unliquidated.
2. The claim is speculative in that it is a pending lawsuit in Walton County, Florida and a Judgment has not been entered in the case.

WHEREFORE, Debtor, DALE S. DAVIDSON, respectfully requests that this Honorable Court disallow the proof of claim filed by Dana Ford and order such other and further relief as is just and proper.

This 23rd day of January, 2015.

                                        /s/ R. Bruce Warren
                                        R. Bruce Warren/ GA Bar No.: 738475
                                        Whitehurst, Blackburn & Warren
                                        809 S. Broad Street
                                        Thomasville, GA 31792
                                        229-226-2161

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Objection to Proof of Claim Number Six, upon the following:

            Kristin Hurst
            Chapter 13 Trustee
            ecf@ch13trustee.com

via email and those listed on the creditor matrix attached hereto by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto.

    This 23rd day of January, 2015.

                                        /s/ R. Bruce Warren
                                        R. Bruce Warren/ GA Bar No.: 738475
                                        Whitehurst, Blackburn & Warren
                                        809 S. Broad Street
                                        Thomasville, GA 31792
                                        229-226-2161

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

DALE S. DAVIDSON,  :  CASE NO.: 13-70713
:
:
DEBTOR.  :  CHAPTER 7

NOTICE

COMES NOW, the Debtor, and having filed an Objection to Proof of Claim in this bankruptcy case.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE OBJECTION TO THE PROOF OF CLAIM, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE OBJECTION TO PROOF OF CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF GEORGIA, POST OFFICE BOX 2147, COLUMBUS, GA 31902-2147 FOR HEARING ON OR BEFORE **FEBRUARY 26, 2015** AND MUST SERVE A COPY OF SAID OBJECTION UPON THE ATTORNEY FOR THE DEBTOR AND A COPY UPPON THE TRUSTEE.

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED ABOVE.

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE REQUEST FOR DISMISSAL AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

IF ANY OBJECTIONS ARE FILED, A HEARING WILL BE HELD ON **MARCH 18, 2015 AT 10:30 A.M. IN THE U.S COURTHOUSE AND POST OFFICE, NORTH PATTERSON STREET, VALDOSTA, GA 31601.**

This the 23rd day of January, 2015.

/s/ R. Bruce Warren
R. Bruce Warren/ GA Bar No.: 738475
Whitehurst, Blackburn & Warren
809 S. Broad Street
Thomasville, GA 31792
229-226-2161

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Objection to Proof of Claim Number Two, upon the following:

Kristin Hurst
Chapter 13 Trustee
ecf@ch13trustee.com

via email and those listed on the creditor matrix attached hereto by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto.

This 23rd day of January, 2015.

/s/ R. Bruce Warren
R. Bruce Warren/ GA Bar No.: 738475
Whitehurst, Blackburn & Warren
809 S. Broad Street
Thomasville, GA 31792
229-226-2161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 13-70713<br>Middle District of Georgia<br>Valdosta<br>Fri Jan 23 09:51:32 EST 2015 | Alan B. Bookman, as Successor Personal Repre<br>Alan B. Bookman, Personal Representative<br>c/o Stephen G. Gunby<br>P.O. Box 1199<br>Columbus, GA 31902-1199 | Kelley, Lovett & Blakey<br>Post Office Box 70879<br>Albany, GA 31708-0879 |
| Thomasville National Bank<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>c/o Edgar W. Duskin, Jr.<br>PO Drawer 71727<br>Albany, GA 31708-1727 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 | Alan B. Bookman, as Personal Representative<br>1111 Bay Ave<br>Columbus GA 31901-5218 |
| Chase<br>PO Box 15153<br>Wilmington DE 19850-5153 | Chase Bank USA NA / Bank One<br>PO Box 15298<br>Wilmington, Delaware 19850-5298 | Circuit Court Walton County<br>Walton County Clerks Office<br>PO Box 1260<br>DeFuniak Springs, FL 32435-1260 |
| Commercial Bank<br>101 South Crawford Street<br>Thomasville, Georgia 31792-5502 | Dana Ford<br>c/o Thompson, Crawford & Smiley<br>1330 Thomasville Rd.<br>Tallahassee, FL 32303-5608 | Estate of Deborah E. Irby<br>c/o Stephen G. Gunby<br>Page Scrantom Sprouse Tucker & Ford, PC<br>P.O. Box 1199<br>Columbus, GA 31902-1199 |
| JPMorgan Chase Bank, National Association<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | James Andrew Ball, IV<br>702 North Ride<br>Tallahassee, FL 32303-5131 | Kathleen Davidson<br>1510 Millpond Rd.<br>Thomasville, GA 31792-7407 |
| Michael F. Coppins<br>Monroe Adkins & Dincman PA<br>1319 Thomaswood Dr.<br>P O Box 14447<br>Tallahassee, FL 32317-4447 | Rhonda Davidson<br>109 Tuxedo Dr.<br>Thomasville, GA 31792-6760 | State of Georgia<br>1800 Century Center Blvd., NE<br>Atlanta, GA 30345-3205 |
| Thomasville National Bank<br>301 N. Broad Street, P.O. Box 1999<br>Thomasville, Georgia 31799-1999 | Thomasville National Bank<br>c/o Edgar W. Duskin, Jr.<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>PO Drawer 71727<br>Albany, Georgia 31708-1727 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| Dale S Davidson<br>109 Tuxedo Dr.<br>Thomasville, GA 31792-6760 | Mark L. Manley<br>Rowell Auctions, Inc.<br>PO Box 3428<br>Moultrie, GA 31776-3428 | Ronald B. Warren<br>Whitehurst, Blackburn, Warren and Kelley<br>809 South Broad Street<br>Thomasville, GA 31792-6112 |
| Walter W Kelley<br>Chapter 7 Trustee<br>P.O. Box 70879<br>Albany, GA 31708-0879 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gene L. Davidson Revocable Trust	(u)JPMorgan Chase Bank, National Association	(u)Riverview Farm of Havana, LLC

(u)The Davidson Family Limited Partnership	(u)Dana Ford	(u)Gene L. Davidson

End of Label Matrix
Mailable recipients	24
Bypassed recipients	6
Total	30