THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

    DALE S. DAVIDSON,      :    CASE NO.: 13-70713
                                        :
    DEBTOR.                     :    CHAPTER 7

## NOTICE OF WITHDRAWAL OF DOCUMENT # 76

Debtor, **DALE S. DAVIDSON**, hereby withdraws his Objection to Claim #2 of Claimant, Dana Ford, Document #76, filed on January 23, 2015.

Dated this 29th day of April, 2015.

                                                      /s/ R. Bruce Warren
                                                    R. Bruce Warren/ GA Bar No.: 738475
                                                    Whitehurst, Blackburn & Warren
                                                    809 S. Broad Street
                                                    Thomasville, GA 31792
                                                    229-226-2161

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Withdrawal of Document #76, upon the following:

                        **Walter W Kelley**
                        Chapter 7 Trustee
                        P.O. Box 70879
                        Albany, GA 31708

via email and those listed on the creditor matrix attached hereto by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto.

This 29th day of April, 2015.

                                                      /s/ R. Bruce Warren
                                                    R. Bruce Warren/ GA Bar No.: 738475
                                                    Whitehurst, Blackburn & Warren
                                                    809 S. Broad Street
                                                    Thomasville, GA 31792
                                                    229-226-2161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 13-70713<br>Middle District of Georgia<br>Valdosta<br>Wed Apr 29 15:56:12 EDT 2015 | Alan B. Bookman, as Successor Personal Repre<br>Alan B. Bookman, Personal Representative<br>c/o Stephen G. Gunby<br>P.O. Box 1199<br>Columbus, GA 31902-1199 | Commercial Bank, a div of Synovus Bank<br>c/o Synovus Mortgage Corp<br>2204 Lakeshore Dr<br>Suite 325<br>Birmingham, AL 35209-6763 |
| Kelley, Lovett & Blakey<br>Post Office Box 70879<br>Albany, GA 31708-0879 | Thomasville National Bank<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>c/o Edgar W. Duskin, Jr.<br>PO Drawer 71727<br>Albany, GA 31708-1727 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 |
| Alan B. Bookman, as Personal Representative<br>1111 Bay Ave<br>Columbus GA 31901-5218 | Chase<br>PO Box 15153<br>Wilmington DE 19850-5153 | Chase Bank USA NA / Bank One<br>PO Box 15298<br>Wilmington, Delaware 19850-5298 |
| Circuit Court Walton County<br>Walton County Clerks Office<br>PO Box 1260<br>DeFuniak Springs, FL 32435-1260 | Commercial Bank<br>101 South Crawford Street<br>Thomasville, Georgia 31792-5502 | Dana Ford<br>c/o Thompson, Crawford & Smiley<br>1330 Thomasville Rd.<br>Tallahassee, FL 32303-5608 |
| Estate of Deborah E. Irby<br>c/o Stephen G. Gunby<br>Page Scrantom Sprouse Tucker & Ford, PC<br>P.O. Box 1199<br>Columbus, GA 31902-1199 | JPMorgan Chase Bank, National Association<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | James Andrew Ball IV<br>c/o Karl Edward Osmus<br>1010 Williams Street<br>Valdosta, Georgia 31601-4039 |
| James Andrew Ball, IV<br>702 North Ride<br>Tallahassee, FL 32303-5131 | Kathleen Davidson<br>1510 Millpond Rd.<br>Thomasville, GA 31792-7407 | Michael P. Coppins<br>Monroe Adkins & Dincman PA<br>1319 Thomaswood Dr.<br>P O Box 14447<br>Tallahassee, FL 32317-4447 |
| Rhonda Davidson<br>109 Tuxedo Dr.<br>Thomasville, GA 31792-6760 | State of Georgia<br>1800 Century Center Blvd., NE<br>Atlanta, GA 30345-3205 | Thomasville National Bank<br>301 N. Broad Street, P.O. Box 1999<br>Thomasville, Georgia 31799-1999 |
| Thomasville National Bank<br>c/o Edgar W. Duskin, Jr.<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>PO Drawer 71727<br>Albany, Georgia 31708-1727 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | Dale S Davidson<br>109 Tuxedo Dr.<br>Thomasville, GA 31792-6760 |
| James Andrew Ball IV | Mark L. Manley<br>Rowell Auctions, Inc.<br>PO Box 3428<br>Moultrie, GA 31776-3428 | Ronald B. Warren<br>Whitehurst, Blackburn, Warren and Kelley<br>809 South Broad Street<br>Thomasville, GA 31792-6112 |
| Walter W Kelley<br>Chapter 7 Trustee<br>P.O. Box 70879<br>Albany, GA 31708-0879 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gene L. Davidson Revocable Trust        (u)JPMorgan Chase Bank, National Association        (u)Riverview Farm of Havana, LLC

(u)The Davidson Family Limited Partnership        (u)Dana Ford        (u)Gene L. Davidson

End of Label Matrix
Mailable recipients    27
Bypassed recipients     6
Total                  33